- United states of America vs. 182,070,00
  Docket # 1:26-cv-0317-Lew
  John Symonevich
- Concerning asset Id 26-FBI_001578
- I have a claim of 2 bags of the money that was seized at my house in the amount of $100,000.I have worked hard my entire life and have the bank info on withdrawals throughout the years verifying this.
- I sign this stating these facts are true.

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2026 SEP -4 P 2: 47
DEPUTY CLERK

John Symonevich